**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TONY LEWIS** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 02-CV-1205** |
| **RAYMOND J. SOBINA, et al.** | : | |
| | : | |

### ORDER

**AND NOW**, this_____ day of June, 2004, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and having received no objections thereto, it is

**ORDERED** that:

1.      The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.      The Petition for Writ of Habeas Corpus is **DENIED**; and

3.      There is no basis for the issuance of a certificate of appealability.

**BY THE COURT:**

_____

**BRUCE W. KAUFFMAN,  J.**